Cover Sheet for lawsuit

In the middle u.s. district
Court of middle ga
macon division
adversion

5:19-CV-471

_____

parties mowriyah abiyah yashara'l
On behalf of Andrew phinazee
Plaintiffs

wrongdoer defendant Capital one auto Finance
Loan

Car Loan/note is already paid in full
pursuant to UCC 3-305 (a)(1)(iii)
You can refuse to Pay on an Instrument
(bill) if Fraud!!!

HJR 192
On June 5, 1933 President Roosevelt announced
⇒over

hjr 192 that car loan is already prepaid and defendant cant demand lawful money for debt owed.

(1) defendant purposely refuses to setoff/ discharge debt as required by law.

(2) we can refuse to pay the car loan because the defendant capitol one is committing fraud and double dipping with outrages charges for a nissan altima 2015.

(3) HJR 192 says all debt is prepaid and it is illegal to demand lawful money for a debt.

(4) car loan is already paid in full upon signing the contract.

(5) Double dip in the cambridge dictionary to receive money from two places at the same time, sometimes in a way that is not legal. in blacks law dictionary double dipping ; san. unethical, illegal practice where a broker -

to the 73rd congress that the United States was bankrupt. The passage of House Joint Resolution HJR192 removed the public ability to pay debt with lawful money. This made it illegal to demand lawful money for the payment of debt.

UCC (1)(a)(iii) 3-305
Defenses and Claims in recoupment.

(a) Except as otherwise provided in this section the right to enforce the obligation of a party to pay an instrument is subject to the following
(1) a defense of the obligor based on
(iii) fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable oppurtunity to learn of its character or its essential terms.

In the u.s. middle
district court of middle
ga macon division
adversion

plaintiff mowriyah abiyah yashara'l
on behalf of Andrew
Plaintiffs      Phinazee
                893 veterans
                Parkway, Barnesville
                ga 30204
wrongdoer Capital one Auto Finance
          7933 Preston Road
          Plano, Tx 75024-2302
          P.O. Box 60511
          City of industry, CA 91716

claim

Plaintiffs mowriyah abiyah yashara'l on
          behalf of andrew phinazee
Sues wrongdoer for fraud and not
complying with ucc 8-308 (a)(1)(iii) and

sells commission based products through a client.

## Count 1

## Common negligence

1. the defendants is causing my husband stress and on basis whether to keep his main transportation or skip payments in order to keep some where to live that is negligent due to fact they wont discharge the debt and stop demanding lawful money to pay a prepaid debt.

where fore plaintiffs preys for an order awarding money in the amount of 6 million dollars against the defendants wrong doer etc.

Capital one auto financing directly violated hjr & ucc-3-305 (1)(a)(iii) and my husband rights to be secured in their persons and also in keeping our properties from being seized.

Facts

On Nov 20th defendant Will of Capital one auto Finance in California

2.) plaintiff spoke with will about the hjr 192 law and also ucc 3-305 (1) (a) (iii) refusal to make payment upon fraud.

3.) plaintiff told defendants will and his supervisor that it is the law the government have to discharge our debts which are already prepaid.

4.) defendants will and his supervisor at Capitol one demanded my husband to pay his hard earned lawful money for an debt already prepaid.

5.) defendants will and his supervisor at Capital one threatened to reposses my husband property.

6.) only man and wombman can own property.

7.) Capital one is an inaminate thing incapable of having and keeping property

8.) defendants have no right to my husband property.

9.) defendants cannot reposses altima nissan 2015

10.) defendants are in violation of our 4th amendment and HJr 192 and ucc 3-305 (1)(a)(iii)

## Count 1 negligence

11. plaintiff alleges paragraph 1-10 plaintiff re alleges paragraph 1-10

12. defendants owe plaintiffs a duty of care.

13. defendant breaches its duty by continuing to harrass my husband for payment and by keeping this account open thats already paid

14. defendant neglected their duty by failing to discharge debt and release title to Andrew Phinazee true owner of Said property

15. breach of duty constituted negligence.

16. defendants negligence is causing my husband to choose between staying somewhere and paying this illegal carloan which is already paid for.

17. defendants willful refusal to discharge debt and violation of laws caused plaintiffs money damages.

where please plaintiff move this court to a judge defendant liable to plaintiff for money damages and such relief in furtherrance as the court deem reasonable

I request a trial by jury

dated November 21 2019